UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-00404-ODW (Ex) | Date | April 12, 2017 |
|---|---|---|---|
| Title | *Christopher Fischer v. Bluegreen Corporation* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**          **In Chambers**

    The Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **May 1, 2017**, why the Court should not dismiss Defendant Bluegreen Corporation based on Plaintiff's failure to serve the Complaint within the Rule 4(m) period. No hearing will be held. The Court will discharge this order upon the filing of a proof of service as to each Defendant.

    Failure to timely respond to this Order will result in the dismissal of these Defendants without further warning.

                                                                                                          :    00

Initials of Preparer    SE